GLEDHILL, Appellant, v. SCHIFF et al., Respondents. (No. 7431.) (Supreme Court, Appellate Division, First Department. May 28, 1915.) Appeal from Special Term, New York County. Action by John Gledhill, on behalf of himself, etc., against Jacob H. Schiff and others. From an order vacating an order for the examination of defendants before trial, plaintiff appeals. Reversed, and order for examination modified. Harrison Clark, Jr., of New York City, for appellant. Carl A. De Gersdorff, of New York City, for respondents.

PER CURIAM. The order appealed from should be reversed, and the order for the examination of the defendants before trial modified, by allowing examination only under the third clause of the first paragraph of such or-

der, and also by striking from said order the requirement that the defendant produce the books, documents, etc. No costs of appeal.